An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRASHED HOME CORPORATION, A
NEVADA CORPORATION,

          Appellant,

vs.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., AN
ILLINOIS CORPORATION; AND
PENNYMAC CORP., A DELAWARE
CORPORATION,

          Respondents.

No. 67577

**FILED**

NOV 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL*

The parties have filed a joint motion to remand this matter to the district court and dismiss this appeal pursuant to *Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010), and *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978). Attached to the motion is a district court order certifying that, upon remand, the district court would vacate its order granting respondents' motion to dismiss and allow the case to proceed in accordance with this court's decision in *SFR Investments Pool 1 v. U.S. Bank*, 130 Nev. Adv. Op. 75, 334 P.3d 408 (2014).

Cause appearing, we grant the motion. We remand this matter to the district court pursuant to its certification, and we dismiss this appeal.[1] This dismissal is without prejudice to the parties' right to file a motion to reinstate this appeal if the district court declines to grant

---

[1]The parties' request to suspend the briefing schedule in this appeal is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34479

the requested relief.    Any such motion shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Susan Johnson, District Judge
Kang & Associates PLLC
Akerman LLP/Las Vegas
Eighth District Court Clerk